**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

ROY GORDON ROBBINS,                              )
                                                 )
                              Movant,            )
          vs.                                    )          1:10-cv-1072-LJM-DML
                                                 )          IP 97-cr-59-05 H/F
UNITED STATES OF AMERICA.                        )

**J U D G M E N T**

  The court, having this day made its Entry,

  **IT IS THEREFORE ADJUDGED** that the movant take nothing by his motion for relief pursuant to 28 U.S.C. § 2255, and the civil action docketed as No. 1:10-cv-1072-LJM-DML is **dismissed with prejudice.**

Date:  04/07/2011

Laura Briggs, Clerk
United States District Court

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

By: Deputy Clerk

Distribution:

Office of the United States Attorney
10 West Market Street    Suite 2100
Indianapolis, IN   46204-3048

Roy Gordon Robbins
42878-008
Phoenix FCC
Inmate Mail/Parcels
37910 N 45th Ave.
Phoenix, AZ 85086